WILLIAM GRAHAM, Appellant, v. THE STERLING FIRE INSURANCE COMPANY et al., Respondents.

THE SAME, Appellant, v. THE FIREMEN'S INSURANCE COMPANY et al., Respondents.

THE SAME, Appellant, v. THE HOPE FIRE INSURANCE COMPANY et al., Respondents.

THESE cases presented the same questions, and were argued and decided with *Graham* v. *Phœnix Ins. Co.* (*ante*, p. 171).